**510**

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. BERMAR THEATRE, INC., Appellant, et al., Defendants.— Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

MORRIS BERMAN, Appellant, v. CITY OF SYRACUSE, Respondent.— Present — Bastow, P. J., Goldman, Halpern and Henry, JJ.

LESTER WARRIOR, Appellant, v. MARTIN HARRIS, Respondent.— Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

In the Matter of RICHARD VINCENT BOGAN, an Attorney.— Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. (Order entered June 13, 1961.)

(A) SAMUEL MILETELLO v. JOHN E. HOLLAND. (B) SALVATORE LATRAGNA v. BRIGHTON SCHOOL DISTRICT No. 1. (C) COMMERCIAL CREDIT CORP. v. ALFRED PAGLIA et al. (D) HERBERT T. LOVITS v. DORIS A. SMITH; MOLLIE LOVITS v. DORIS A. SMITH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS S. McMARROW. (F) ROBERT BOYD v. MITCHELL URKEW et al. (And Three Other Actions.) — [In each action] Appeal dismissed, without costs, upon stipulation.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES A. LIPINCZYK. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRED SMITH, JR. (C) SUNSHINE BUILDERS, INC., v. MARY L. KASPER. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CHARLES MARRIOTT. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JIMMIE LEE PAUL. (F) THE PEOPLE OF THE STATE OF NEW YORK v. H. GLYN SEES, JR.— [In each action] Order of substitution of attorneys entered.

(A) In the Matter of the Construction of the Will of JOHN T. ASKEY, Deceased. (B) In the Matter of ROBERT J. BREADY v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles. (C) FANNIE BURGIO, Appellant, v. JOSEPH A. ROTH et al., Respondents. (D) In the Matter of ARTHUR A. GROSSNICKLE, Respondent. (E) LOTTIE MOORE et al., Respondents, v. CITY OF BUFFALO, Appellant. (F) PETER B. PADDOCK, Appellant, v. KENNETH E. WADE et al., Doing Business as WADE BUICK CO., Respondents. (G) SECURITY TRUST COMPANY OF ROCHESTER, Respondent, v. NAPLES PRODUCE & BUILDING MATERIALS, INC., et al., Appellants. (H) CHARLES SQUADRITO, an Infant, by EDITH F. SQUADRITO, His Guardian ad Litem, Appellant, v. LAWRENCE REBISZ et al., Respondents. FREDERICK SQUADRITO, Appellant, v. LAWRENCE REBISZ et al., Respondents. (I) STEUBEN ELECTRONICS CORPORATION, Appellant, v. ROBERT J. HARRIS et al., Respondents. (J) In the Matter of FRANK N. VERNI, SR., et al., Appellants, v. VILLAGE OF EAST ROCHESTER, Respondent.— [In each action] Motion granted and appeal dismissed.

(A) PAULINE CALLAHAN, Appellant, v. SYRACUSE TRANSIT CORP. et al., Respondents. (B) KATHERINE J. CARNAHAN, Appellant, v. JOHN C. JACKSON et al., Respondents. (C) MOLLY CIGANENKO et al., Respondents, v. STATE OF NEW YORK, Appellant. (D) JOSEPH P. D'ANGELO, Respondent, v. JEANETTE E. GREENBERG, Doing Business as ATLANTIC HEATING & EQUIPMENT CO., Appellant. (E) In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY. MELISSA M. DENISON; FREDERICK W. BARKER. (F) FLEET-WING CORPORATION, Respondent, v. PEASE OIL COMPANY et al., Appellants. (G) RICHARD GANGALE, Respondent, v. VIOLA GEOHAS, Appellant. (H) RAYMOND KNIBBS, Appellant, v. ALVON WAGNER, Respondent. (I) WILLIAM H. TAYLOR, Appellant, v. ALVON